UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GREATER NEW YORK NURSING HOME
DIVISION OF THE 1199/SEIU GREATER
NEW YORK BENEFIT FUND, 1199/SEIU GREATER
NEW YORK EDUCATION FUND, 1115 LEGAL
SERVICES and BENEFIT FUND,

               Plaintiffs,

-against-

VERRAZANO STAFFING, INC.,

               Defendant.
-------------------------------------------------------------------X

JUDGMENT
05-CV- 4116 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 18 2007 ★
BROOKLYN OFFICE

     An Order of Honorable John Gleeson, United States District Judge, having been filed on May 15, 2007, adopting the Report and Recommendation of Magistrate Judge Ramon E. Reyes, Jr., dated March 28, 2007; denying the motion for default judgment; and dismissing the complaint for lack of subject matter jurisdiction with respect to the joint employer claim, and for failure to state a claim with respect to the alter ego claim; it is

     ORDERED and ADJUDGED that plaintiffs take nothing of the defendant; that the Report and Recommendation of Magistrate Judge Ramon E. Reyes, Jr., is adopted in its entirety; that the motion for default judgment is denied; and that the complaint is dismissed for lack of subject matter jurisdiction with respect to the joint employer claim, and for failure to state a claim with respect to the alter ego claim.

Dated: Brooklyn, New York
       May 17, 2007

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court